**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000543
13-MAY-2026
07:54 AM
Dkt. 37 ODSLJ**

NO. CAAP-24-0000543

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


BASILIA C. GAOIRAN, Plaintiff-Appellee, v.
DIANNE K. HOAPILI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL CASE NO. 1DRC-24-0005546)


ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth, and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On April 13, 2026, the court entered an Order for Temporary Remand instructing the district court to enter an appealable written order and/or judgment, or provide an explanation as to why it is not possible or appropriate to do so.

(2) On April 29, 2026, the district court entered the "Order Re: July 25, 2024 Hearing" that stated Plaintiff-Appellee Basilia C. Gaoiran "was directed to the court's service center to file the writ of possession and judgment for possession" and "[t]o date, Plaintiff has not submitted a writ of possession and/or judgment for possession for entry by the court." The district court also stated "[o]nce jurisdiction is vested in this court, the matter should be dismissed pursuant to Rules 12 and/or 29 of the Rules of the District Courts of the State of Hawaiʻi."

(3) This court lacks jurisdiction over self-represented Defendant-Appellant Dianne K. Hoapili's appeal because the district court has not entered an appealable order or

judgment, <u>see</u> <u>Jenkins v. Cades Schutte Fleming & Wright</u>, 76 Hawaiʻi 115, 869 P.2d 1334 (1994), and it stated it does not intend to do so, <u>cf.</u> <u>Waikiki v. Hoʻomaka Village Assoc. of Apartment Owners</u>, 140 Hawaiʻi 197, 204, 398 P.3d 786, 793 (2017).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

DATED:  Honolulu, Hawaiʻi, May 13, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge